**Below is the Order of the Court.**

_____
Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br>FREDERICK W. KREIDLER and ANNE MARIE KREIDLER<br><br>Debtors. | Case No. 12-14364-MLB<br><br>ORDER ~~TO~~ DENYING MOTION TO ESTIMATE VALUE OF ADMINISTRATIVE CLAIM OF LAW OFFICES OF JOHN A. LONG AND/OR STANDING TO ASSERT ADMINISTRATIVE CLAIM FOR JOHN LONG LAW, PLLC [ECF Docket No. 736] |

It is ORDERED as follows:

1. The Debtors' to Motion to Estimate Value of Administrative Claim of Law Offices of John A. Long and/or Standing to Assert Administrative Claim for John Long Law, PLLC [ECF Docket No. 736] is hereby denied.

2. The Court's Findings of Fact and Conclusions of Law were stated on the record at the hearing on July 29, 2015 are incorporated herein by reference.

3. Any issues concerning the Standing of any party to assert and/or control the Administrative Claim embodied in the Fee Application filed at ECF Docket No. 101 by John

ORDER DENYING MOTION TO ESTIMATE ADMINISTRATIVE CLAIM ETC. [ECF Docket No. 736]- 1

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98005
(425) 454-5500

Case 12-14364-MLB    Doc 753    Filed 08/03/15    Ent. 08/03/15 14:44:26    Pg. 1 of 2

Long Law, PLLC shall be determined before the Hon. Timothy W. Dore in Case No. 13-14134-TWD.

/// End of Order ///

Prepared and Presented by:

    /s/ Lawrence K. Engel
Lawrence K. Engel, WSBA #8421
Counsel for Frederick W. Kreidler and Anne Marie Kreidler, Debtors

Approved for Entry; Notice of Presentation Waived:

LAW OFFICES OF JOHN A. LONG

 /Brett C. Masch [per e-mail approval 8-3-15]
By: Brett C. Masch, WSBA #43851
Attorney for Claimant

 /s/ Michael B. McCarty [per e-mail approval 8-3-15]
Michael B. McCarty, Chapter 7 Trustee
Case No. 13-14134-TWD, WSBA #13162

KARR TUTTLE CAMPBELL

    /s/ Michael B. Feinberg [per e-mail approval 8-3-15]
By:  Michael B. Feinberg, WSBA #11811
Counsel for Andrew Wilson, Trustee

ORDER DENYING MOTION TO ESTIMATE ADMINISTRATIVE CLAIM ETC. [ECF Docket No. 736]- 2

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA  98005
(425) 454-5500