FILED
2016 JAN 19 PM 1:36
H. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

In re:

FREDERICK W. KREIDLER and

ANNE MARIE KREIDLER

Debtors

12-14364-MLB

APPELLANTS' DESIGNATION OF RECORD

AND STATEMENT OF ISSUES ON APPEAL

## DESIGNATION OF RECORD

Frederick W. Kreidler and Anne Marie Kreidler, hereinafter "Debtors" or "Appellants", *pro se*, designate the following items to be included in the record on appeal:

| No. | Pleading/Item | Docket No. |
|---|---|---|
| 1 | Trustee's Motion to Dismiss Case for Other Cause | 778 |
| 2 | Response to *Motion to Dismiss and Closure of Case* | 785 |
| 3 | Opposition Declaration of *Anne Marie Kreidler* | 786 |
| 4 | Reply *in Support of Motion to Close Bankruptcy Case* | 793 |
| 5 | Declaration *of Andrew Wilson in Support of Motion to Close* | 794 |
| 6 | Declaration of *Mark Bailey in Support of Motion to Close* | 795 |

| No. | Pleading/Item | Docket No. |
|---|---|---|
| 7 | Notice of Evidentiary Hearing and ORDER Setting Deadlines | 808 |
| 8 | Joint Statement *(Pre-Hearing Statement)* | 811 |
| 9 | Debtors' Witness & Exhibit Summary | 817 |
| 10 | Report Re: *Debtors' Identification of Witnesses* | 818 |
| 11 | Debtors' Memorandum of *Authorities for Hearing* | 819 |
| 12 | Trustee's Brief *Pre-Hearing Statement* | 820 |
| 13 | ORDER Dismissing Bankruptcy Case | 827 |
| 14 | Audio CD. Hearing of 11/30/2015 at 1:30 PM | |
| 15 | Audio CD. Hearing of 12/17/2015 at 1:30 PM | |
| 16 | Notice of Transmittal of Appeal to USDC | 834 |

## **STATEMENT OF ISSUES ON APPEAL**

COMES NOW the Appellants and submit the following statements of Issues, among others, on Appeal:

1. Did the Bankruptcy Court err in not allowing evidence-sharing to go forward after setting of an Evidentiary Hearing?
2. Did the Bankruptcy Court err in various evidentiary rulings made over the objection of Appellants?
3. Were the Court's Findings of Fact supported by sufficient evidence on the issue of the retention of 3rd-party Tenant Deposits?
4. Did the Bankruptcy Court err in failure to recognize pertinent State of Washington statute regarding proper handling of Tenant Deposits?
5. Did the Bankruptcy Court err in its failure to require Trustee's acts conform to 28 USC 959 (b) in his conduct of state-regulated Real Estate Broker business?

DATED: January 18, 2016

# SIGNATURE PAGE

_____

Frederick W. Kreidler, Debtor acting *Pro Se*

_____

Anne Marie Kreidler, Debtor acting *Pro Se*

```
Frederick W. Kreidler
19005 Firlands Way North
Shoreline, WA 98133
(206) 941-3777
```