THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FREDERICK W. KREIDLER, et al., <br><br> Appellants, <br><br> v. <br><br> ANDREW WILSON, <br><br> Appellee. | CASE NO. C16-0014 JCC <br><br> ORDER DISMISSING CASE |

Pursuant to the parties' stipulation, this action is DISMISSED without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 27th day of May 2016.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 1